UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO.: 07 CIV 10533

TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 5 NEW YORK RETIREMENT, WELFARE, LABOR MANAGEMENT COALITION AND APPRENTICE TRAINING AND JOURNEYMEN UPGRADING FUNDS, AND BRICKLAYERS, AND ALLIED CRAFTWORKERS LOCAL 5 NEW YORK.,

DATE OF FILING: November 21, 2007

YOUR FILE: 26532.0631

Plaintiff(s), Petitioner(s)

AFFIDAVIT OF SERVICE

against

INNOVATIVE WALL SYSTEMS, INC., et al.,

Defendant(s), Respondent(s)

STATE OF NEW YORK: COUNTY OF DUTCHESS: ss:

DARRIN WHITE being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in Poughkeepsie, NY.

That on December 12, 2007 at 4:20 PM at 9 Lynway Lane, Somers, NY 10589, deponent served the within Summons in a Civil Case, Complaint, Judge's Individual Rules, USDC/SDNY Instructions for Filing an Electronic Case or Appeal, USDC/SDNY Procedures for Electronic Case Filing and Guidelines for Electronic Case Filing on PETER SCIALLO D/B/A INNOVATIVE WALL SYSTEMS, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner;

By delivering thereat a true copy of each to LISA SCIALLO, Wife, a person of suitable age and discretion. That person was also asked by deponent whether said premises was the recipient's dwelling place and their reply was affirmative.

Deponent also enclosed a copy of same in a postpaid sealed envelope, properly addressed to recipient at recipient's last known residence at 9 Lynway Lane, Somers, NY 10589 and deposited said envelope in an official depository under the exclusive care and custody of the United States Postal Service within State of New York on 12/13/07.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: Female Skin: Caucasian Hair: Black Age(Approx): 38 Height(Approx): 5' 2" Weight(Approx): 140-150 lbs
Other:

I asked the person spoken to, whether recipient was in active military service of any kind whatsoever and received a negative reply.

Sworn to before me on Thursday, December 13, 2007

Tina Marie Tomlins
Notary State of New York
Reg. No. 01TO6155313
Qualified in County of Dutchess
Commission Exp. Nov. 6, 2010

DARRIN WHITE

**Superior Process**
P.O. Box 2955
Poughkeepsie, NY 12603
(845) 473-7869 (845) 473-0712 Fax
Email: superior44@aol.com