Index # 07 civ 10533

Purchased/Filed: November 21, 2007

## AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York     U. S. District Court     Southern Dist. County

Trusteees of the Bricklayers and Allied Craftworkers; et al     Plaintiff

against

Innovative Wall Systems, Inc.; et al     Defendant

---

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**     Approx. Age: 45 yrs

Weight: 155 Lbs    Height: 5'5    Sex: Female    Color of skin: White

Hair color: Blonde    Other: _____

_____ Robin Brandow _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on December 7, 2007, at 11:45am, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons, Complaint, Judge's Indiv. Rules, Instructions, Procedures and Guidelines for Electronic Filing on Innovative Wall Corp., the Defendant in this action, by delivering to and leaving with Donna Christie, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

7th day of December, 2007

_____ FAITH COZZY _____
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

_____ Robin Brandow _____

Invoice•Work Order # 0724661