UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTWORKERS, LOCAL 5 NEW YORK
RETIREMENT, WELFARE, LABOR MANAGEMENT
COALITION and APPRENTICE TRAINING AND
JOURNEYMEN UPGRADING FUNDS, and
BRICKLAYERS AND ALLIED CRAFTWORKERS
LOCAL 5 NEW YORK,

                             Plaintiffs,

STIPULATION EXTENDING
TIME TO ANSWER AND
ACKNOWLEDGMENT
OF SERVICE

07 CIV 10533 (WCC)(MDF)

- against -

INNOVATIVE WALL SYSTEMS, INC. and
PETER SCIALLO, Individually and d/b/a
INNOVATIVE WALL SYSTEMS and
INNOVATIVE WALLS, CORP.

                             Defendants.
------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE ATTORNEYS FOR THE ABOVE REFERENCED PARTIES, that:

      1.    The Defendants all appear by their counsel, Stephen M. Manzella and acknowledge service of the Summons and Complaint herein.

      2.    The Defendants' time to answer the Summons and Complaint is extended through and including March 10, 2008.

      3.    The Defendants waive any defense predicated upon service of process, and acknowledge the jurisdiction of this Court over the person of the Defendants.

      4.    Facsimile signatures shall constitute originals for purpose of this Stipulation and either party may file this Stipulation with the Court.

Dated: January 23, 2008

F:\USER\clients\H\HVDC\Innovative-Fuller-Helmer\Legal\STIPULATION EXTENDING TIME.wpd\January 10, 2008 (10:27am)

_____            GELLERT & KLEIN, P.C.

STEPHEN M. MANZELLA (SM-9883)    By:    STEPHEN E. EHLERS (SE-3094)
Attorney for Defendants                  Attorneys for Plaintiffs
777 Westchester Avenue - Suite 206     75 Washington Street
White Plains, NY 10604                 Poughkeepsie, NY 12601
Tel. No. (914) 251-4881                Tel. No. (845) 454-3250
Fax No. (914) 251-1709                 Fax No. (845) 454-4652

Dated:    White Plains, NY
          _____, 2008

SO ORDERED

_____
Hon. William C. Conner, U.S.D.J.

F:\USER\clients\H\HVDC\Innovative-Fuller-Helmer\Legal\STIPULATION EXTENDING TIME.wpd\January 10, 2008 (10:27am)