ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTWORKERS, LOCAL 5 NEW YORK
RETIREMENT, WELFARE, LABOR MANAGEMENT
COALITION and APPRENTICE TRAINING AND
JOURNEYMEN UPGRADING FUNDS, and
BRICKLAYERS AND ALLIED CRAFTWORKERS
LOCAL 5 NEW YORK,

                Plaintiffs,

- against -

INNOVATIVE WALL SYSTEMS, INC. and
PETER SCIALLO, Individually and d/b/a
INNOVATIVE WALL SYSTEMS and
INNOVATIVE WALLS, CORP.

                Defendants.
------------------------------------------------------------X

AUDIT ORDER

07 CIV 10533 (WCC)(MDF)

ECF ORDER

UPON CONSENT OF THE PARTIES, it is

ORDERED that defendants Innovative Wall Systems, Inc. ~~and Peter Sciallo,~~ *Sm* ~~Individually and d/b/a Innovative Wall Systems~~ and Innovative Walls, Corp, shall each permit plaintiffs' auditor, Alex Kuchis, CPA, to audit their books and records for the period April 30, 2006 to November 1, 2007 at _370 Bear Ridge Road, Pleasantville, NY 10570_ on a date to be agreed upon but not later than February 10, 2008, commencing at 10:00 a.m. and ending at 5:00 p.m. and continuing daily thereafter on weekdays until completion.

The following records shall be then and there produced by all defendants:

1.    Payroll tax returns:

    a.    Forms 941
    b.    Forms NYS-45 or NYS-45 ATT
    c.    Forms W-3

2.    Subcontractors' reports:

    a.    Forms 1099
    b.    Forms 1096

P:\USER\cherta\...\Legal\AUDIT ORDER.wpd\January 10, 2008 (9:52am)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD for As
AND E-MAILED TO Π's COUNSEL

3. Identification of wage rate and trade classification for each employee.

4. Payroll cards, journals, computer reports or summaries from which total gross wages paid and hours worked (with monthly totals) by all employees may be ascertained. It will also be necessary to identify the jurisdiction in which hours were worked.

5. Forms W-2 for all employees.

6. Canceled checks written to the plaintiff.

7. Copies of contractor reports submitted to the plaintiff Funds.

8. Cash disbursements journals and check stubs.

9. General ledger.

10. List of all jobs including locations.

11. All canceled checks.

12. Certified payrolls for all Public Works jobs.

13. Job cost reports identifying employees assigned to the job and their hours (and/or employee time cards).

14. List of employees who perform union trade jurisdiction work.

15. Subcontractors who worked on each job performing union trade jurisdiction work, a description of the work they performed and a copy of the contract with each subcontractor.

The defendants shall provide a suitable office for the auditor's use and make available such other books and records as the auditor determines are necessary in order to conduct a thorough audit for said period.

Dated: January 28, 2008
White Plains, New York

SO ORDERED

*William C. Conner*
William C. Conner, U.S.D.J.

Approved as to form and content:

                                                                           GELLERT & KLEIN, P.C.

| | |
|---|---|
| _____ | By: _____ |
| STEPHEN M. MANZELLA (SM-9883) | STEPHEN E. EHLERS (SE-3094) |
| Attorney for Defendants | Attorneys for Plaintiffs |
| 777 Westchester Avenue - Suite 206 | 75 Washington Street |
| White Plains, NY 10604 | Poughkeepsie, NY 12601 |
| Tel. No. (914) 251-4881 | Tel. No. (845) 454-3250 |
| Fax No. (914) 251-1709 | Fax No. (845) 454-4652 |