ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTWORKERS, LOCAL 5 NEW YORK
RETIREMENT, WELFARE, LABOR MANAGEMENT
COALITION and APPRENTICE TRAINING AND
JOURNEYMEN UPGRADING FUNDS, and
BRICKLAYERS AND ALLIED CRAFTWORKERS
LOCAL 5 NEW YORK,
         Plaintiffs,

STIPULATION EXTENDING
TIME TO ANSWER AND
ACKNOWLEDGMENT
OF SERVICE AND ORDER

07 CIV 10533 (WCC)(MDF)

ECF CASE

- against -

INNOVATIVE WALL SYSTEMS, INC. and
PETER SCIALLO, Individually and d/b/a
INNOVATIVE WALL SYSTEMS and
INNOVATIVE WALLS, CORP.

         Defendants.
------------------------------------------------------------X

  IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE ATTORNEYS FOR THE ABOVE REFERENCED PARTIES, that:

  1. The Defendants all appear by their counsel, Stephen M. Manzella and acknowledge service of the Summons and Complaint herein.

  2. The Defendants' time to answer the Summons and Complaint is extended through and including March 10, 2008.

  3. The Defendants waive any defense predicated upon service of process, and acknowledge the jurisdiction of this Court over the person of the Defendants.

  4. Facsimile signatures shall constitute originals for purpose of this Stipulation and either party may file this Stipulation with the Court.

Dated: January 23, 2008

F:\USER\clients\H\HVDC\Innovative-Fuller-Helmer\Legal\STIPULATION EXTENDING TIME.wpd\January 10, 2008 (10:27am)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

COPIES MAILED TO COUNSEL OF RECORD for As
AND EMAILED TO TTs COUNSEL

_____      GELLERT & KLEIN, P.C.

STEPHEN M. MANZELLA (SM-9883)     By: STEPHEN E. EHLERS (SE-3094)
Attorney for Defendants     Attorneys for Plaintiffs
777 Westchester Avenue - Suite 206     75 Washington Street
White Plains, NY 10604     Poughkeepsie, NY 12601
Tel. No. (914) 251-4881     Tel. No. (845) 454-3250
Fax No. (914) 251-1709     Fax No. (845) 454-4652

Dated: White Plains, NY
       January 28, 2008

SO ORDERED

_____
Hon. William C. Conner, U.S.D.J.