UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x
TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTWORKERS, LOCAL 5 NEW YORK               **RULE 7.1 STATEMENT**
RETIREMENT, WELFARE, LABOR MANAGEMENT
COALITION and APPRENTICE TRAINING AND
JOURNEYMEN UPGRADING FUNDS, and                   **ECF CASE**
BRICKLAYERS AND ALLIED CRAFTWORKERS      **07 CIV. 10533 (WCC)(MDF)**
LOCAL 5 NEW YORK,
                                    Plaintiffs,

    -against-

INNOVATIVE WALL SYSTEMS, INC. and
PETER SCIALLO, Individually and d/b/a
INNOVATIVE WALL SYSTEMS, and
INNOVATIVE WALLS, CORP.

                                    Defendants.
------------------------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Innovative Wall Systems, Inc., and Innovative Walls, Corp. (a private non-governmental party) certifies to the best of my knowledge that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date:  January 31, 2008                     _____S/
                                            Stephen M. Manzella, Esq., (SM9883)
                                            Attorney for Defendants, Innovative Wall
                                            Systems, Inc., Peter Sciallo, Individually
                                            and Innovative Walls, Corp
                                            777 Westchester Avenue, Suite 206
                                            White Plains, New York 10604
                                            Tel. (914) 251-4881
                                            Fax (914) 251-1709