UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTWORKERS, LOCAL 5 NEW YORK
RETIREMENT, WELFARE, LABOR MANAGEMENT
COALITION and APPRENTICE TRAINING AND
JOURNEYMEN UPGRADING FUNDS, and
BRICKLAYERS AND ALLIED CRAFTWORKERS
LOCAL 5 NEW YORK,

         Plaintiffs,

 -against-

INNOVATIVE WALL SYSTEMS, INC. and
PETER SCIALLO, Individually and d/b/a
INNOVATIVE WALL SYSTEMS, and
INNOVATIVE WALLS, CORP.

         Defendants.
------------------------------------------------------------X

STIPULATION
AND ORDER
EXTENDING
TIME TO
ANSWER

07 CIV 10533
(WCC) (MDF)

ECF CASE

  *IT IS HEREBY STIPULATED AND AGREED* by and between the attorneys for the above referenced parties, that:

  1. The Defendants have appeared by their counsel, Stephen M. Manzella, Esq.

  2. The Defendants' time to answer the Summons and Complaint is extended through and including May 7, 2008.

  3. Facsimile signatures shall constitute originals for purpose of this Stipulation and either party may file this Stipulation with the Court.

Dated: White Plains, New York
    April 2, 2008

_____  
Stephen M. Manzella (SM-9883)  
Attorney for Defendants  
777 Westchester Avenue-Suite 206  
White Plains, New York 10604  
Tel. No. (914) 251-4881  
Fax No. (914) 251-1709  

GELLERT & KLEIN, P.C.

By: _____  
Stephen E. Ehlers (SE-3094)  
Attorneys for Plaintiffs  
75 Washington Street  
Poughkeepsie, New York 12601  
Tel. No. (845) 454-3250  
Fax. No. (845) 454-4652  

Dated: White Plains, New York  
April 7, 2008

SO ORDERED

_____  
Hon. William C. Conner, U.S.D.J.

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: _____

+ e-mailed  
COPIES MAILED TO CHAMBERS OF [illegible]

-2-