UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTWORKERS, LOCAL 5 NEW YORK
RETIREMENT, WELFARE, LABOR MANAGEMENT
COALITION and APPRENTICE TRAINING AND
JOURNEYMEN UPGRADING FUNDS, and
BRICKLAYERS AND ALLIED CRAFTWORKERS
LOCAL 5 NEW YORK,

                            Plaintiffs,

    -against-

INNOVATIVE WALL SYSTEMS, INC. and
PETER SCIALLO, Individually and d/b/a
INNOVATIVE WALL SYSTEMS, and
INNOVATIVE WALLS, CORP.

                            Defendants.
-----------------------------------------------------------------------X

STIPULATION
AND ORDER
EXTENDING
TIME TO
ANSWER

07 CIV 10533
(WCC) (MDF)

ECF CASE

**ORIGINAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the above referenced parties, that:

1. The Defendants have appeared by their counsel, Stephen M. Manzella, Esq.

2. The Defendants' time to answer the Summons and Complaint is extended through and including June 9, 2008.

3. Facsimile signatures shall constitute originals for purpose of this Stipulation and either party may file this Stipulation with the Court.

Dated:    White Plains, New York
             May ___, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

COPIES MAILED TO COURT OF RECORD for As
AND E-MAILED TO TTS' COUNSEL

*[signature]*
_____
Stephen M. Manzella (SM-9883)
Attorney for Defendants
777 Westchester Avenue-Suite 206
White Plains, New York 10604
Tel. No. (914) 251-4881
Fax No. (914) 251-1709

GELLERT & KLEIN, P.C.

By: *[signature]*
_____
Stephen E. Ehlers (SE-3094)
Attorneys for Plaintiffs
75 Washington Street
Poughkeepsie, New York 12601
Tel. No. (845) 454-3250
Fax. No. (845) 454-4652

Dated:    White Plains, New York
          May 7, 2008

SO ORDERED

*[signature]*
_____
Hon. William C. Conner, U.S.D.J.

-2-