UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTWORKERS, LOCAL 5 NEW YORK
RETIREMENT, WELFARE, LABOR MANAGEMENT
COALITION and APPRENTICE TRAINING AND
JOURNEYMEN UPGRADING FUNDS, and
BRICKLAYERS AND ALLIED CRAFTWORKERS
LOCAL 5 NEW YORK,

                                  Plaintiffs,

    -against-

INNOVATIVE WALL SYSTEMS, INC. and
PETER SCIALLO, Individually and d/b/a
INNOVATIVE WALL SYSTEMS, and
INNOVATIVE WALLS, CORP.

                                 Defendants.
-------------------------------------------------------------------x

STIPULATION AND ORDER EXTENDING TIME TO ANSWER

07 CIV 10533 (WCC) (MDF)

ECF CASE

ORIGINAL

***IT IS HEREBY STIPULATED AND AGREED*** by and between the attorneys for the above referenced parties, that:

1. The Defendants have appeared by their counsel, Stephen M. Manzella, Esq.

2. The Defendants' time to answer the Summons and Complaint is extended through and including July 9, 2008.

3. Facsimile signatures shall constitute originals for purpose of this Stipulation and either party may file this Stipulation with the Court.

Dated:    White Plains, New York
            June ____, 2008

[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ____ / DATE FILED: ____]

COPIES MAILED TO COUNSEL OF RECORD for As AND E-MAILED TO π's' COUNSEL

*[signature]*

Stephen M. Manzella (SM-9883)
Attorney for Defendants
777 Westchester Avenue-Suite 206
White Plains, New York 10604
Tel. No. (914) 251-4881
Fax No. (914) 251-1709

GELLERT & KLEIN, P.C.

By: *[signature]*

Stephen E. Ehlers (SE-3094)
Attorneys for Plaintiffs
75 Washington Street
Poughkeepsie, New York 12601
Tel. No. (845) 454-3250
Fax. No. (845) 454-4652

Dated:   White Plains, New York
         June 9, 2008

SO ORDERED

*[signature]*

Hon. William C. Conner, U.S.D.J.

-2-